**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**DIANA BRIEDE,**

**Plaintiff,**

**ORDER**
       **-against-**                                  **07-CV-4170 (NG)(VVP)**

**DENISE RODRIGUEZ and "JOHN DOE",**

         **Defendants.**
------------------------------------------------------------x

**GERSHON, United States District Judge:**

      Subsequent to the Recommendation of Magistrate Judge Pohorelsky that this case be

dismissed for want of prosecution, plaintiff has hired a new attorney and defendant has indicated

that she does not oppose the continuation of this action. Accordingly, the case will not be

dismissed, but will continue under the supervision of Magistrate Judge Pohorelsky.


                                     **SO ORDERED.**


                              _____/s/ Nina Gershon_____
                              **NINA GERSHON**
                              **United States District Judge**

Dated:  October 1, 2009
         Brooklyn, New York