UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DIANA BRIEDE,

                        Plaintiff,

    - against -

DENISE RODRIGUEZ, et al.,

                        Defendants.
-----------------------------------------------------------x

**ORDER**

**07 CV 4170 (NG) (VVP)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2010 ★
BROOKLYN OFFICE

**GERSHON, United States District Judge:**

The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Victor V. Pohorelsky, dated August 3, 2010, regarding the fee awards to be made to plaintiff's various counsel. As recommended by Judge Pohorelsky, an award in quantum meruit is made to Resnick & Binder in an amount of $4,500 and to Rene Garcia in an amount of $500. The balance of the funds held in escrow by Marc Bengualid, Esq. are awarded to Mr. Bengualid. Judge Pohorelsky carefully reviewed the applicable considerations in finding these awards, and I endorse and adopt his analysis.

**SO ORDERED.**

_____
NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
October _22_, 2010